# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA CHAVEZ CARLOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:21-cv-00517-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF No. 4) |

　　　Bertha Chavez Carlos ("Plaintiff") filed a complaint on March 29, 2021, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  The Court found that Plaintiff's application did not demonstrate that she was entitled to proceed in this action without the prepayment of fees and she was ordered to file a long form application.  On April 9, 2021, Plaintiff filed a long form application to proceed *in forma pauperis*.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

　　　On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record.  The Court shall order that the complaint in this action be served and the matter will be stayed once service has been effected on the defendant.  Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the

summons and complaint shall be served **within 20 days of the filing of the complaint.** Plaintiff shall promptly file proof of service with the Court upon completion of service.

        Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated: **April 9, 2021**

UNITED STATES MAGISTRATE JUDGE